SCANNED at LSP and Emailed
10-22-18 by KS . 2 pages
date    initials    No.

RECEIVED

#89353

Mr. Johnny Thompson
Louisiana State Prison
Hickory #4/MPWY
Angola, Louisiana 70712
October 20, 2018

Petitioner, Johnny Thompson is filing a formal complaint against said, Orleans Parish Criminal District Court for failing to give petitioner due process of law. Therefore, petitioner was or is denied his jury polling sheet. This partial document is important to his continuing fight for freedom.

However, the United States Constitution and the Louisiana Declaration of Rights are both combined to protect petitioners interest or liberty interest to obtain his missing polling sheet.

Petitioner, cite Article IV §1 of the Full Faith and Credit Act and file his claim under personal jurisdiction see, Pennoyer v. Neff, 95 U.S. 714 (1877), to invoke this personal jurisdiction. Also, again under the Full Faith and Credit Article these documents or records are "tangible and authenticated and they (shall) have such faith and Credit given them in every Court within the United States and the same state of Louisiana. Of Article 1 §19.

## II

Also, petitioner is invoking the Federal Interpleader Act, 28 U.S.C. § 2361, to ~~~ ask this Honorable Court to reside or exercise personal jurisdiction over petitioner's complaint. Therefore, petitioner believe he has a valid claim against said, Orleans Parish Criminal District Court, for not allowing petitioner to have his polling sheet.

Signed and Submitted:

October 20, 2018

Signed by:
Mr. Johnny Thompson #89353

Pro se Litigator

La. State Prison, Angola,
Louisiana 70712