FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Johnny Lee Thompson
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION 19-0766 F(1)

NO. 18-935-JWD-RLB

versus

SECTION

Jeff Landry / Att. General
John Bel Edwards / Governor
LA. State Legislature

Print the full name of all defendants in this
action.
DO NOT WRITE *et al.*

## COMPLAINT

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No (✓)  I filed a class action, which were a deficient Case # 18-869-BAJ-RLB

TENDERED FOR FILING

MAR -1 2019 CK

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

III. A (continued) - ADDITIONAL PLAINTIFFS    In Re: _____

(Complete the information below for each additional plaintiff. Each additional plaintiff must read plaintiffs' declaration below and personally sign.)

Plaintiff's Declaration
1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Full Name of Plaintiff
(First - Middle - Last)_____

Prisoner Number _____

Address _____

Date of Birth _____

Date of Arrest _____

Date of Conviction _____

Signature _____

Full Name of Plaintiff
(First - Middle - Last)_____

Prisoner Number _____

Address _____

Date of Birth _____

Date of Arrest _____

Date of Conviction _____

Signature _____

Full Name of Plaintiff
(First - Middle - Last)_____

Prisoner Number _____

Address _____

Date of Birth _____

Date of Arrest _____

Date of Conviction _____

Signature _____



N/A (marked across all three plaintiff sections)

B.  If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to the previous lawsuit

       Plaintiffs    N/A

       Defendants   N/A

   2.  Court (If federal court, name of the district court; if state court, name the parish.)
   3.  Docket Number _____
   4.  Name of judge to whom case was assigned  N/A

   5.  Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

   6.  Approximate date of filing lawsuit  N/A
   7.  Approximate date of disposition  N/A

C.  Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
    Yes ( )  No (✓)

    If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

    _____

II. PLACE OF PRESENT CONFINEMENT:  Angola State Prison

    A.  Is there a prisoner grievance procedure in this institution?
        Yes (✓)  No ( )

    B.  Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( )  No (✓)

    C.  If your answer is "yes",

        1.  Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison.  NONE

2

N/A

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____

D. If your answer is NO, explain why you have not done so: The reason why I have not filed a grievance is because I didn't think I had to file a grievance to this Institution cvi

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff
(First - Middle - Last) Johnny L. Thompson
Prisoner Number #89353
Address Angola, State Prison, 70712
Date of Birth January 1, 1956
Date of Arrest February 14, 1994
Date of Conviction 1994

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. The parties listed below must be exactly the same as those listed in your caption.

B. Defendant _Jeff Landry_ is employed as _State Attorney General_ at _1885 N. 4th Street_
Address for service: _Livingston Bldg. Baton Rouge, LA 70802-5159_

C. Defendant _John Bel Edwards_ is employed as _Governor of Louisiana_ at _900 N. 3rd St. Baton Rouge, LA. 70802-5236_
Address for service: _State Capitol_

D. Defendant _State Legislatures_ is employed as _Law makers of Louisiana_ at _State Capitol_
Address for service: _900 N. 3rd Street, Baton Rouge, LA 70802-5236_

E. Defendant ___ N/A ___ is employed as ___
Address for service: ___

F. Defendant ___ N/A ___ is employed as ___ at ___
Address for service: ___

G. Defendant ___ N/A ___ is employed as ___ at ___
Address for service: ___

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Petitioner's reason for this claim, is that all defendants knew that 10-2 verdict is unconstitutional in its designed to stop unanimous decisions in denying petitioner of his due process and equal protection of law. Therefore, the racism against me and so many others who were disenfranchised from the protection of the law has suffered so many years... This racism is still contin-

4

uing. However, the 6th, 8th, 13th and 14th Amendments were all the petitioner had to rely on. Therefore, all defendants knew about the 1898 Convention set-up to disenfranchised Blacks.

V. **Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like for this Honorable Court to do for me is to please restore me all of my civil rights under declaratory rights and to be compensate for a 1,000,000 dollars and an additional sum of 200,000 dollars. Also, I pray that this Honorable Court would please accept my plea or complaint. Therefore, I wish to get on with my life and be returned back to my wife who I love so dearly and been married to for 29 years... Thank you. Your Honorable Court...

### VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this ___14___ day of February, 20_19_.

#89353

Johnny R. Thompson
(Signature of Plaintiff)

10/2015