**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOHNNY LEE THOMPSON #89353** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-0766** |
| **JEFF LANDRY, ET AL.** | **SECTION: "F" (1)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on April 9, 2019 (Rec. Doc. No. 10), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claim concerning his conviction by a non-unanimous jury is dismissed with prejudice until such time as the <u>Heck</u> conditions are met.

**IT IS FURTHER ORDERED** that plaintiff's claim concerning his access to public records is dismissed with prejudice as frivolous and/or for failing to state a claim upon which relief may be granted.

New Orleans, Louisiana, this 15th day of May , 2019.

_____
**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**